**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6427**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID PEREZ GARCIA,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:01-cr-00036-FDW-1)

_____

Submitted:  September 28, 2023                    Decided:  October 3, 2023

_____

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Perez Garcia, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Perez Garcia appeals the district court's order denying his motions as supplemented for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222, and for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  Upon review, we discern no abuse of discretion in the court's rulings on these motions.  *See United States v. Reed*, 58 F.4th 816, 819 (4th Cir. 2023) (providing standard of review of the denial of relief under § 404(b) of the First Step Act); *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review for compassionate release motions).  Accordingly, we affirm the district court's order.  *United States v. Garcia*, No. 3:01-cr-00036-FDW-1 (W.D.N.C. Apr. 3, 2023).  We deny Garcia's motion for the appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*